February 11, 2005

Mr. William C. Odeneal
Odeneal and Odeneal
4849 Greenville Ave., Suite 1540
Dallas, TX 75206
Mr. Patrick Thomas Mulry
Jones & Davis, L.L.P.
15851 Dallas Parkway, Suite 1220
Addison, TX 75001

RE: Case Number: 04-0043
 Court of Appeals Number: 05-02-01749-CV
 Trial Court Number: DF-99-01694-U

Style: SANDRA F. WHEELER
 v.
 DARRIN EDWARD GREEN

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Lisa Matz|
| | |
| |Mr. Jim |
| |Hamlin |